450 A.2d 1059

Commonwealth v. Giles, Appellant.

Submitted May 4, 1982. Daniel M. Preminger, for appellant;

614

Paul Steven Diamond, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.

SPAETH, J., concurred in the result.